IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANNA CHRISTINE CHILDERS                                                        PETITIONER
ADC # 712009

V.            CASE NO. 5:18-CV-00263-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                              RESPONDENT

## MEMORANDUM AND ORDER

Petitioner is a prisoner currently confined in the Arkansas Department of Correction. On October 18, 2018, she initiated this 28 U.S.C. § 2254 habeas action (DE # 2). The Respondent responded on November 16, 2018, by filing a Motion to Dismiss Petition for Writ of Habeas Corpus (DE # 7). The Court filed its Proposed Findings and Recommendations (DE # 9) on November 19, 2018, recommending that the Motion to Dismiss be granted. On November 20, 2018, the parties consented to jurisdiction by a United States Magistrate Judge and the case was referred to this Court for entry of a final judgment. For the reasons set forth below, Respondent's Motion to Dismiss is granted and Petitioner's petition is dismissed with prejudice.

Petitioner previously challenged her convictions pursuant to 28 U.S.C. § 2254. *See Childers v. Kelley*, 5:17-cv-00267-JLH-JTR. The magistrate judge recommended that the petition be dismissed because it was time barred. *Id.* at DE # 9. The Court adopted the findings and recommendations of the magistrate judge that the petition be dismissed. The

action was dismissed by judgment entered on March 28, 2018. Petitioner subsequently filed the current habeas petition.

A claim presented in a second or successive habeas petition under § 2254 must be dismissed unless the Petitioner can make a prima facie showing that she meets all of the requirements of 28 U.S.C. § 2244(b)(2). Importantly, this determination must be made by the Eighth Circuit Court of Appeals, not the United States District Court. *See* 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."). Thus, in order for Petitioner to file and pursue this successive habeas action, she must obtain authorization from the Eighth Circuit, pursuant to 28 U.S.C. § 2244(b)(3)(A).

The instant petition is a successive petition. Petitioner does not assert that she has sought or received permission from the United States Court of Appeals for the Eighth Circuit to file this petition. She may not file a successive petition in this Court without permission of the Eighth Circuit. Furthermore, the petition is time barred. Thus, the petition is dismissed.

IT IS THEREFORE ORDERED that the Proposed Findings and Recommendations (DE # 9) are withdrawn, Respondent's Motion to Dismiss (DE # 7) is granted, and Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE #2) be, and is hereby, dismissed, with prejudice. The relief prayed for is DENIED.

Further, the Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 20th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE